**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Philip J. Charvat, | JUDGMENT IN A CIVIL CASE |
| vs | Case No. 2:09-cv-57 |
| GVN Michigan, Inc., | **Judge Marbley** |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the Offer of Judgment of Defendant GVN Michigan, Inc that was accepted by Plaintiff Philip J Charvat, Defendant GVN Michigan, Inc. shall pay Plaintiff Philip J Charvat $27,000.00, a figure including costs incurred by Plaintiff up to the date of this offer, within 10 business days of entry of judgment.

Date: June 23, 2009            **James Bonini, Clerk**


                               __s/ Jessica Rector_____
                               By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Philip J. Charvat,

    Plaintiff

vs                                      Case Number: 2:09-cv-57

GVN Michigan, Inc.,

    Defendant

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on June 23, 2009.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JAMES BONINI, CLERK


By:    **s/Jessica Rector**
      Deputy Clerk